**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: March 31, 2010**

_____

BK1002029
JJR

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 09-16695 |
| Mickey D. Hayslip | Chapter 13<br>Judge Aug Jr. |
| Debtor | **AGREED ORDER ON MOTION FOR RELIEF FROM STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER, FILED HEREIN ON MARCH 3, 2010 DOC. # 39 (PROPERTY ADDRESS: 1149 WAYNOKA DRIVE, SARDINIA, OH 45171)** |

This matter having come on before the Court upon the Motion For Relief From Stay filed herein on March 3, 2010 Pacer Document #39 by the secured Movant, U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer (hereinafter "Movant") and upon debtor's response thereto filed herein on March 18, 2010 as Pacer Document #43; and a hearing having been scheduled for April 7, 2010; and it appearing to the Court that the parties

have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of the debtor provided that said debtor was to make the regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly mortgage payments to Movant, incurring a total post-petition arrearage of $6,542.55 as of March 31, 2010, which amount consists of:

Post Petition Payments:

| Amount | Date Due |
|---|---|
| 1,118.31 | November 1, 2009 |
| 1,118.31 | December 1, 2009 |
| 1,118.31 | January 1, 2010 |
| 1,118.31 | February 1, 2010 |
| 1,118.31 | March 1, 2010 |

Post Petition Late Charges:

| Amount | Date Due |
|---|---|
| 42.20 | November 16, 2009 |
| 42.20 | December 16, 2009 |
| 42.20 | January 16, 2010 |
| 42.20 | February 16, 2010 |
| 42.20 | March 16, 2010 |

Other Charges:

| Amount | Description |
|---|---|
| 90.00 | Post Petition Property Inspections Fees |

and $500.00 for attorney fees associated with the Motion and $150.00 court costs incurred herein for filing the Motion , less $0.00 in debtor's suspense account.

3.  In order to eliminate said post-petition delinquency, the debtor agrees to pay to Movant and Movant hereby agrees to accept the following lump sum payments in the form of certified funds, as follows:

Stipulated Payments:

| Amount | Date Due |
| --- | --- |
| 1,090.45 | April 15, 2010 |
| 1,090.42 | May 15, 2010 |
| 1,090.42 | June 15, 2010 |
| 1,090.42 | July 15, 2010 |
| 1,090.42 | August 15, 2010 |
| 1,090.42 | September 15, 2010 |

Said payments are in addition to the regular monthly mortgage payments due and owing for said months. All payments shall be tendered to:

**U.S. Bank Home Mortgage**
**4801 Frederica Street**
**Owensboro, KY 42301**

This payment address is subject to change.

4.  The debtor states that the funds to make said lump sum payments are being obtained from <u>funds realized from non payment of mortgage and friends and family financial gifted contributions.</u>

5.  The debtor further agrees to resume the regular monthly mortgage payments outside the Plan directly to Movant on April 1, 2010, and to make all further monthly payments in a timely fashion.

6.  In the event that the said debtor should fail to make the lump sum payment hereinabove described on or before their specified due dates, or should fail to pay any future monthly payment within 15 of its due date, or should the debtor fail to make any payment to the Trustee's Office within 30 days of the last day of the month in

which it is due, then, or in any one of those events, Movant shall send a letter or e-mail to debtor and debtor's counsel advising of said default. If the default is not cured within ten (10) days, Movant shall file with the Court an Affidavit certifying that the debtors are in default under the terms of the Agreed Order and tender a proposed Order Granting Final Modification of the Automatic Stay. Upon submission of such Affidavit and Order Granting Final Modification of the Automatic Stay, the Court shall enter the Order, without a hearing, providing Movant, its successors and/or assigns is granted relief from the automatic stay imposed by Section 362 of the Bankruptcy Code. The only ground for objection to such an Order shall be that payments were timely made.

IT IS SO ORDERED.

/s/ Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
sohbk@lsrlaw.com

/s/ Gregory M Wetherall, Attorney for Debtor, VIA FAX AUTHORIZATION
Ohio Supreme Court No. 0067307
Mickey D. Hayslip, Debtor
4030 Mt Carmel Tobasco Rd
Suite 122
Cincinnati, OH 45255
gmw@gw-law.net
(513) 528-0200



/s/ Margaret A. Burks, Esq.
Chapter 13 Trustee

Attorney Reg. No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
513-621-4488
513 621-2643 Fax

COPIES TO:

DEFAULT LIST

###